Catherine D. Noble, d/b/a Pine Tavern, Appellant, v. Illinois Liquor Control Commission of the State of Illinois and F. B. Callanen, Local Liquor Commissioner of the Village of Northfield, Appellees.

Gen. No. 47,630. 

First District, First Division.

May 18, 1959.

Released for publication September 15, 1959.

Halfpenny & Hahn (Harold T. Halfpenny, Thomas F. Roche, of counsel) for plaintiff-appellant; Latham Castle, Attorney General of Illinois (William C. Wines, Theodore G. Maheras, Assistant Attorneys General, of counsel) for Illinois Liquor Control Commission of the State of Illinois, defendants-appellees; Greggar P. Sletteland, Village Attorney, for Local Liquor Commissioner of the Village of Northfield, defendant-appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.